122cv00703

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA

Roanoke Division

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

DEC 05 2022

LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

JEREMY DEFOUR,
　　　Plaintiff,

V.

Warden R. WHITE, Assistant Warden BLEVINS, Major C. KING, Unit Manager MILLER, Intel LT. STANLEY, Intel E. SHIRKS, Hearings Officer ADAMS, Grievance Coordinator C. MEADE, Sergeant BENTLEY, C/O J. SCOTT, C/O BARNETTE, C/O C. HALL, Investigator PAUL HAYMES, Regional Director Gregory HOLLOWAY, Regional Administrator C. MANIS, Western Region PREA ANALYST (Name Unknown), Operations Manager of Virginia D.O.C. A. DAVID ROBINSON, Director of Virginia D.O.C. HAROLD CLARKE
　　　Defendants.

# VERIFIED COMPLAINT WITH JURY DEMAND

1. This is a 1983 Civil Rights Action brought by Jeremy DeFour, Pro-se, a State Prisoner demanding a Jury Trial, Declatory, and Injunctive Relief, and Damages.

2. This action is brought for the violation of the Plaintiff's First, Eighth, and Fourteenth Amendment Rights, and violation of his Religious Land Use and Institutionalized Persons Act rights, And Violations of the Prison Rape Elimination Act (PREA).

3. All Defendants acted as State Agents, and are sued in their individual and official capacities.

## PLAINTIFF

4. Jeremy DeFour is the Plaintiff and was housed at Red Onion State Prison, P.O. Box 1900, Pound, VA 24279 at all times related to this action.

## DEFENDANTS

5. Warden R. White 10800 H. Jack Rose Hwy, Pound, VA 24279 is the Superintendant on Red Onion State Prison (ROSP)

6. Assistant Warden BLEVINS (address same) is the Assistant Superintendat on ROSP

7. Unit Manager MILLER is the Building Manager Plaintiff was housed in on ROSP (address same).

8. Intel LT. STANLEY is the head Investigator on ROSP

9. Major C. KING is the Chief of Security on ROSP

10. Intel E. SHIRKS is an Investigator on ROSP

11. Hearings Officer ADAMS is the Inmate Disciplinary Hearings Officer on ROSP

12. Grievance Coordinator C. Meade files

and drafts answers to all Inmate Grievances on ROSP

13. Sergeant BENTLEY is the Supervisor in Building Plaintiff is housed in on ROSP

14. C/Os J. SCOTT, BARNETTE, and C. HALL are all C/Os in Building of Plaintiff on ROSP

15. PAUL HAYMES is the Director of Virginia Department of Corrections (VADOC) Special Investigations Unit, 6900 Atmore Drive, Richmond, VA 23225.

16. A. DAVID ROBINSON is the Chief of Operations for VADOC (address same as paragraph 15.)

17. Harold CLARKE is the Director of VADOC (address same as above)

18. GREGORY HOLLOWAY is the Western Region Director of VADOC 3313 Plantation Rd, Roanoke VA 24021

19. C. MANIS is the Western Region Administrator for VADOC (address same as 18.)

20. PREA ANALYST (Name Unknown), is the Western Region PREA ANALYST (address same as above)

21. On September 13, 2022 I arrived on Red Onion State Prison.

22. From the day of my arrival. I was told by several staff that I will have a hard time because I have a reputation for filing Lawsuits and Complaints against Officers.

23. I was denied meals, recreation, and Showers several days out of the week by Officer J. Scott, ~~████████~~, and C. Hall. I made several complaints.

24. Officer Barnett and J. Scott also made several Sexual derogatory comments and threats towards me including stating when I get to General Population they will let the "K9 Fuck me in my ass". They are aware of my K9 Phobia.

25. On September 19, 2022 a Sgt. named Bentley, Unit Manager Miller, and another Supervisor approached my door and both Bentley and the other Supervisor cut their Body Cameras off and Bentley told me if I continue my complaining and writing Staff up on Red Onion I will "get my ass beat real good and I will be lucky to make off Red Onion alive". This was in response to my several grievances and reputation.

26. Unit Manager Miller Shook his head in agreement as Bentley spoke and then Miller

added "You're on Red Onion now, this ain't Buckingham, you'll see." I told them I would write it up.

27. Sgt Bentley later wrote me a False Disciplinary Report Stating I threatened ~~them~~ ~~they~~ Miller in this interaction.

28. A few days later Miller and Assistant Warden Blevins were making rounds and I reported to him that Sgt Bentley violated Body Camera Policy, Cut his Camera off during rounds, as he Stated in his False Report, and threatened me along with Miller. I Showed Blevins the Charge where Bentley Stated he was conducting rounds.

29. Unit Manager Miller Cut me off Stating, "Listen it does not matter who you tell, either you Stop your Complaining or your gonna have a real ruff ride on Red Onion son. You can go to the Warden, Major, hell you can go to the Director, no one's going to help you."

30. The Warden (ie Blevins) laughed and said "hold on here let's talk about the Body Camera Policy". Miller cut him off again and said and "technically Bentley was with me so he did not have to keep his camera on."

11. The Warden, Blevins said "there

you have it" and walked off.

32. In response to my Grievance Major King and Warden R. White stated Bentley did not have to keep his Body Camera on because his round was over with, and I was not being disruptive because if I was I would have received a Charge.

33. However, I did receive a Charge, Major King and R. White were aware of; nevertheless my Grievance was determined unfounded.

34. During my hearing for the Charge Bentley wrote me, the Hearing Officer Adams refused to allow Bentley's Body Camera Footage into evidence which shows Bentley cut off his Body Camera while he states he was "conducting rounds", and I was being disruptive, and threatening, and Body Camera Policy states the Camera must be on at both of these times. Instead he biasedly testified for Bentley against policy.

35. My defense was that Bentley violated Policy because he wanted to desguise his threats to me, and he only wrote the Charge on me because I told him I would write him and Miller up, and he wanted to discredit me and retaliate for my threat to write him up.

36. Adams would not allow me to

review the Body Camera or enter it into the hearing but he let Bentley testify about the Footage without rebuttal, even after I entered an Affidavit Bentley wrote to a U.S Court in Case No 7:22 cv 00379, DeFour v. Webber, et al., where he swears under oath that he did NOT cut his Body Camera off before speaking to me.

37. I also presented his Grievance response in which he stated he did infact cut his Camera off before talking to me.

38. Adams stated there is no difference or contradiction in the 2 statements showing his Biased stance and he found me guilty and sanctioned me, even after showing Bentley lied and without allowing the Body Camera.

39. Days later this same Hearings Officer stated the sooner you realize where you're at the easier it will be on you. He made this statement in response to me complaining to the Warden about his bias.

40. There is a Widespread problem of abuse, corruption, and officer misconduct on Wallens Ridge and Red Onion and inmates that have behavioral problems are specifically sent here to be broken. The process used to do this

is very reminiscent of slavery, and is very cruel and deliberate.

41. Inmates who are known for filing lawsuits, and grievances against VADOC Staff are also sent to these 2 Prisons to Retaliate, and Intimidate them, with the intention of breaking these inmates as well, through the cruel, and crude tactics, employed by the entire Staff at these prisons.

42. Harold Clake, David Robinson, Carl Manis, Gregory Holloway, Warden R. White, Major King, Assistant Warden Blevins, and other top VADOC Administrators are well aware of the widespread abusive conditions and are complicit in making it happen.

43. All named Administrators have also been made aware of the specific actions by Red Onion Staff named in this suit, and done nothing.

44. As a result of my complaints about my threats, and treatment, Staff doubled down on not feeding me, no showers, and no needed medications Several days out of the week. I told Major King and he said good

45. I also was regularly sexually harrassed and called a female dog as a pun or

Joke based on my well known dog phobia.

46. On 10-3-22 officer J. Scott squeezed my buttocks and said my cheeks were soft and sweet. He had sexually harrassed me for weeks prior.

47. I reported this incident to Intel Shirks and Stanley and asked to speak to Special Investigations Unit Staff to press Charges and both Shirks and Stanley violated their own policy and refused to notify Special Investigation Unit (SIU) Staff of my Sexual Assault.

48. I filed a complaint against Shirks, and Stanley and Shirks wrote me a Filing False Claims against Staff "Charge" Stating that "Camera footage Confirmed that my allegation that Scott squeezed my buttocks was untrue." However, the incident occurred inside my cell and there is no camera in my cell and Scott's back was turned to the cameras in the pod, when assault occurred.

49. He Stated in his Charge that the Western Region PREA Analyst reviewed the same evidence and approved the Charge.

50. From September 13, 2022 until the time of this complaint I was held in Segregation under the most restrictive Status for a month, denied meals, Showers, medication, I was not given cleaning supplies to clean the human excrement on my sink and toilet, I was not given enough clothes to wash up, and take a change of clothes, I was threatened on a regular basis, written 2 False charges, denied grievance forms, canteen, and access to the grievance process regularly, and Sexually Assaulted.

51. C. Meade repeatedly blocked intake of my Grievances about my treatment on Red Onion. Major King stated he will ensure my grievances dont see the light

52. Paul Heymes was contacted about all the issues in this complaint repeatedly and did nothing

53. I have a well known label, that has been communicated from VADOC Prison to Prison upon transfer, for writing grievances filing Law Suits, and complaining to outside entities about Staff misconduct. This is shown by Staff like Miller, King, Blevins, and others directly saying this to me, and telling me I'll have it hard on Red Onion because of this.

54. On one occasion Major King, Unit Manager Miller, and Sgt Bentley walked past my cell. Both Bentley and King cut their Body Cameras off and came back to my cell, and King said "you better drop your Complaints against Bentley, Scott, and Miller or you know what will happen." I responded "I already opened an investigation on you and I will beat all your false Charges."

55. King responded "I run Shit in this whole Region, the Investigator, Hearings Officer, even the Warden follows my lead."

56. I told him not to worry I will write that up, and he responded "Oh yeah I forget about Meade," (refering to the Grievance Coordinator), and he smiled, along with Bentley and Miller, and they walked away. Meade decides what grievances gets filed or rejected. This interaction occured on 10-13-22 in B3 Pod at cell 320 around 2:PM 2:55pm

57. Major King and other Supervisors/ Administrators regularly violate Body Camera Policy and regularly threaten inmates and get their subordinates to carry out their threats. King's reputation precedes him.

58. On 9-28-22 at 12pm AW Blevins, Miller, Bentley and other supervisors approached an inmate they

dislike in B3-307; all supervisors (approximately 4) cut their body cameras off at this cell, and took turns threatening the inmate. I yelled out of the door that I will report them, and Miller pointed up at me and told the supervisor with him to "make sure he does not eat today", and the C/O gave me a bag with trash instead of food (My Sealed Religious Diet comes in a bag).

59. On the following day, Major King came to B3 pod, started his rounds, passed B3-307 cell, cut his camera off, and went back to B3-307 (on 9-29-22 at ~~12pm~~ 10:45am), killed his door, and commenced to threaten the inmate, and when he was finished he turned his camera back on and continued his round. This is regular behavior by these Administrators.

60. The body cameras were implemented on Red Onion and Wallens Ridge due to their Notorious abuse of inmates, and now supervisors just cut them on and off when they want to disguise their abuse. They boldly do this without consequence.

61. This is a widespread problem on top of a widespread problem which I have reported all the way to Clarke. Supervisors cut their cameras

off, provoke inmates with threats and derogatory comments, sometimes, racially charged, and if an inmate gets upset they cut their camera back on to record only the inmate's actions, and if an inmate does not react the Supervisor lies and says the inmate broke a rule like threatened the officer. As was done with me.

62. These officers are bold in there Abusive actions because Administrators as high as the Director Harold Clarke creates the environment to promote there corrupt, abusive practices by his tacit authorization of there actions. When inmates like myself complain about this conduct, Harold Clarke and the other Administrators determine our complaints to be "Unfounded" (False) no matter how much evidence we provide.

63. I have reported all the conduct named in this complaint to Paul Haymes, C. Manis, Gregory Holloway, A. David Robinson, Harold Clarke and R. White.

64. None of these Administrators took the evidence I supplied and acted.

65. I have reported several other instances of staff misconduct and violation of prisoners rights to these Administrators as well.

# CLAIMS FOR RELIEF

66. Officer Scott, Barnett, and Hall's actions of threatening me, assaulting me, denying me meals, showers, recreation, medication was done to retaliate against me for my label and subjected me to unconstitutional conditions of confinement in violation of the Constitution and constituted a violation of the Eighth Amendment, and First and Fourteenth Amendment and is part of a Campaign of Harrassment

67. Sgt Bentley's threats and false charges were done to retaliate against my complaints in violation of the First Amendment

68. Unit Manager Miller's threats were made in retaliation for my complaints in violation of the First Amendment and in Conspiracy with Administrators.

69. Hearings Officer Adams actions during my Hearings were bias in violation of the Fourteenth Amendment and done in Conspiracy to Retaliate

70. Major King, Harold Clarke, David Robinson, R. White, Paul Haymes, A.W. Blevins, Gregory Holloway, C. Manis inactions in response to my reports of my abuse and inaction in response to the widespread problem they are well aware of constituted a tacit authorization

of all the Constitutional Violations herein this Complaint and created an environment for these violations to take place with out any account

71. Intel Sherks and Stanley's action of writing me a False Charge was done to retaliate against my complaints in violation PREA and of the First Amendment and in Conspiracy with Administrators

72. C. Meade's denial of access to the Grievance Process was done to retaliate and also violated the First Amendment and in Conspiracy

73. All of the Defendents actions and inactions were done as part of a Campaign of Harrassment against me for my well known label as a Law Suit Filer and Complainer in Conspiracy

74. J. Scott, and C. Hall denying me meals violated my Religious Rights and Constituted cruel and unusual punishment in Violation of the First and Eighth Amendment and the RLUIP Act as my diet is a Seal Religious Diet

75. Paul Haymes refusal to investigate and sanction Staff for their misconduct was done because of my complaints against him and VADOC top Administrators and violated the Equal Protection

Clause as his Job is to investigate misconduct and he regularly does this for other inmates with no evidence to support their claims; his actions also violated the First Amendment

76. The overall conditions the named Defendants subjected the Plaintiff to or Authorized Constituted Cruel and Unusual Punishment as the extent of unconstitutional conditions he was subjected to was Atypical to normal incidents of prison life.

77. The PREA ANALYSTS Approval of the False Charge written by Shirks when there are policies in place to prevent this, and camera footage could easily verify Shirks did not have definitive evidence of false statements violated the Plaintiff's Fourteenth Amendment Rights and First Amendment Rights and was done in Conspiracy to Retaliate with ROSP Administrators and her and Shirks also violated PREA

78. J. Scott's action of squeezing my buttocks was sexual assault and cruel and unusual along with all of the other torturous conditions he subjected me to, and a violation of PREA.

# RELIEF

A. Declaratory Judgment that Defendants Violated named Rights

B. Injunctive Relief ordering Defendants to Reverse the 2 False Disciplinary Reports and order Red Onion and Wallens Ridge C/Os to wear Body Cameras and that Supervisors keep their Body Cameras on whenever in Inmate Presence for those that already wear body Cameras, and VADOC Implement Policy to sanction officers that break this policy.

C. Order Punitive Damages in the Amount of

$5,000 against R. White; $5,000 against Blevins; $10,000 against King; $10,000 against Miller; $20,000 against Shirks; $10,000 against Stanley; $10,000 against Adams; $5,000 against Meade; $20,000 against Bentley $20,000 against Scott; $10,000 against C. Hall, $5,000 against Barnette; $50,000 against Clarke, Robinson, Holloway, Haynes, Manis, and PREA ANALYST

D. Any other relief this Court sees fit

# VERIFICATION

I, Jeremy DeFour, swear under penalty of perjury that all the statements made in this action (ie DeFour v. R.White, et al.) are true and correct.

Jeremy DeFour

November, 5, 2022

Jeremy DeFo...
Red Onion State Prison
P.O. Box 1900
Pound, VA 24279

VA DEPTARTM...
HAS NEITHER...
ITEM THEREFO...
NOT ASSUME A...
FOR IT'S CONT...

RECEIVED
NOV 21 2022
MAILROOM

U.S. District Court
210 Franklin Road, Rm 540
Roanoke, VA 24011

LEGAL MAIL

240113220B C001