IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

Roanoke Division

| | |
|---|---|
| JEREMY DEFOUR,<br>    Plaintiff,<br><br>v.<br><br>SGT. BENTLEY, *et al.*,<br>    Defendants. | Civil Action No. 7:24cv00284 |
| JEREMY DEFOUR,<br>    Plaintiff,<br><br>v.<br><br>MAJOR J. HALL, *et al.*,<br>    Defendants. | Civil Action No. 7:24cv00472 |
| JEREMY DEFOUR,<br>    Plaintiff,<br><br>v.<br><br>MAILROOM SUPERVISOR, *et al.*,<br>    Defendants. | Civil Action No. 7:24cv00594 |
| JEREMY DEFOUR,<br>    Plaintiff,<br><br>v.<br><br>R. WHITE, *et al.*,<br>    Defendants. | Civil Action No. 7:22cv00703 |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(i)(A)(ii) and pursuant to a separate written agreement, Plaintiff and Defendants stipulate and agree to dismissal of these actions with

prejudice, with each party to bear his, her, or its own fees and costs.  The Parties have agreed that pursuant to *Kokkonen v. Guardian Life Ins. C. of America*, 511 U.S. 375 (1994), this Court shall retain jurisdiction to enforce the terms of their Settlement Agreement.

SO STIPULATED BY:

X _____          2-25-25
JEREMY DEFOUR, Plaintiff                   Date

s/Jeremiah Johansen _____          02/25/2025
JEREMIAH JOHANSEN, AAG                      Date
(Counsel for defendants in Case No. 7:22cv703)

s/D. Patricia Wallace _____     _____
D. PATRICIA WALLACE, SAAG                  Date
(Counsel for defendants in Case Nos.
7:24cv284, 7:24cv472, 7:24cv-594)

Respectfully submitted,

/s/ Jeremiah Johansen, AAG, VSB #99399

Office of the Attorney General
202 North 9th Street
Richmond, Virginia 23219
Tel.: 804-786-2912; Fax: -4239
E-mail: JJohansen@oag.state.va.us
(*Counsel for Represented Defendants*)

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I have mailed the document, postage prepaid, to the following non-filing user:

Jeremy DeFour, No. 1127163
VDOC Centralized Mail Distribution Center
3521 Woods Way
State Farm, VA 23160

By:   s/ Jeremiah J. Johansen, AAG, VSB #99399

3